**UNITED STATES COURT OF APPEALS**
DISTRICT OF COLUMBIA CIRCUIT
333 CONSTITUTION AVE., N.W.
WASHINGTON, DC 20001-2866

**STEPHEN F. WILLIAMS**
UNITED STATES SENIOR CIRCUIT JUDGE

(202) 216-7210
FAX:(202) 273-0976
E-MAIL: SFWilliams@
cadc.uscourts.gov

August 16, 2004

Honorable Mary M. Lisi
Chairman, Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC  20544

Dear Judge Lisi:

Thank you for your letter of August 5, 2004 pointing out issues with my 2003 financial disclosure report.

1.  The individual assets in the trust identified at line 25, page 2 (part VII) are all Vanguard funds and are as follows:

Prime Money Market:  Value:  M (method T); Income (dividend): A.

Growth Index:  Value: K (method T); Income (dividend): A.

500 Index:  Value: M (method T); Income (dividend): B.

Mid-Cap Index: Value: L (method T); Income (dividend): A.

Pacific Stock Index:  Value: K (method T); Income (dividend): A.

Total International Stock Index:  Value: L (method T); Income (dividend): B.

2.  Part VII, page 1, line 17: that was indeed a partial sale (redemption).

3.  A.  The reason that the stocks at lines 24 and 25, page 2, part VII, of the report for 2002 do not appear in the report for 2003 is that the ████████████ for whose benefit the assets were held ceased to be a dependent.

B.   The reason that the stocks appearing at line 36 of page 2, and lines 39 and 40 of page 3, of the report for 2002 do not appear in the report for 2003 is that I aggregated all the Vanguard funds held in that trust. Above, in this letter, I have disaggregated them.

Sincerely,



Stephen F. Williams

| AO-10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
|---|---|---|
| Rev. 1/2004 | Calendar Year 2003 | in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name. Middle initial)<br><br>Williams, Stephen F | 2. Court or Organization<br><br>U.S. Court of Appeals, DC Ci | 3. Date of Report<br><br>5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior Sta | 5. ReportType (check appropriate type)<br><br>○ Nomination, ● Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br><br>333 Constitution Avenue, NW<br><br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (Yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | DC Public Library ███ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of Colorado | Transportation, food and lodging to participate in Silicon Flatirons Program January 31-February 3 in Boulder Colorado |
| 2. | American Law Institute | Transportation, food and lodging to participate in Advisers Meeting in St. Louis September 20-21. |
| 3. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| | | Date of Report |
|---|---|---|
| Name of Person Reporting | | 5/15/2004 |
| Williams, Stephen F | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Trust # 1 Chase Manhattan (J.P. Morgan mutual funds) N.1 | A | Dividend | K | T | | | | | |
| 2. | A | Interest | K | T | | | | | |
| 3. Dreyfus S&P 500 Fund | B | Dividend | M | T | | | | | |
| 4. Dreyfus S&P 500 Fund █ | C | Dividend | N | T | | | | | |
| 5. Fidelity OTC ██(IRA) | A | Dividend | L | T | | | | | |
| 6. Fidelity OTC (IRA) | A | Dividend | M | T | | | | | |
| 7. Vanguard Index 500 | C | Dividend | M | T | | | | | |
| 8. Vanguard Prime MM Fund | A | Dividend | K | T | | | | | |
| 9. Vangard Tax-Mgd Gr.&Inc. | B | Dividend | M | T | | | | | |
| 10. Vanguard Index 500 █ | D | Dividend | N | T | | | | | |
| 11. Vanguard Mid-Cap Index | C | Dividend | M | T | Buy | 1/2 | M | | |
| 12. Vanguard Prime MM Fund █ | A | Dividend | J | T | Buy | 6/19 | J | | |
| 13. Vanguard Mid-Cap Index █ | B | Dividend | M | T | | | | | |
| 14. 1001 10th St., Boulder, CO | E | Rent | O | W | | | | | |
| 15. Riggs National Bank █ | A | Interest | K | T | | | | | |
| 16. TIAA CREF Ret. Annuities | D | Interest | O | T | | | | | |
| 17. Short-Term Inc. Fund █ | A | Dividend | J | T | Sold | 10/6 | J | A | |
| 18. Nestle | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Stephen F | 5/15/2004 |

## VII.  INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br><br>Amount<br>Code 1<br>(A -H) | (2)<br><br>Type  (e.g.<br>div. rent. or<br>int.) | (1)<br><br>Value<br>Code 2<br>(J-P) | (2)<br><br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br><br>Type  (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19.  Proctor & Gamble | A | Dividend | K | T | | | | | |
| 20.  Questar | A | Dividend | K | T | | | | | |
| 21.  Fleetboston Financial | A | Dividend | K | T | | | | | |
| 22.  Schering Plough | A | Dividend | J | T | | | | | |
| 23.  Trust No. 2, BNY (Hamilton Mutual Funds,) N. 2. | A | Dividend | L | T | | | | | |
| 24.  Dreyfuss Int'l MM Fund | A | Dividend | J | T | | | | | |
| 25.  Trust No. 3. N. 3. (Varous Vanguard Funds.) | D | Dividend | N | T | | | | | |

| 1. Income/Gain Codes: | A  = $1,000 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. This is a trust established by ▆▆▆▆▆▆▆of which I am a life bene iciary.

2. This is a testamentary trust established by▆▆▆▆of w ich I am the life eneficiary, and has the assets on this line and the next.

3. This is a testamentary trust established by▆▆▆▆of which I am the life beneficiary.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Williams, Stephen F | 5/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature       Date  3/12/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544